

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

  v.

VIEN V. HUYNH

Case No. 2:25mj160
Corrected Court Date: September 3, 2025

## CRIMINAL INFORMATION

### COUNT ONE

Misdemeanor

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, VIEN V. HUYNH, did willfully and unlawfully injure or commit a depredation against property belonging to a department or agency of the United States, resulting in damages less than $1,000.

(In violation of Title 18, United States Code, Section 1361.)

### COUNT TWO

Misdemeanor - Violation No. E2102705

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, VIEN V. HUYNH, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

COUNT THREE

Misdemeanor - Violation No. E2351029

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 19, 2025, at Naval Station Norfolk, Norfolk, Virginia, in the Eastern District of Virginia, the defendant, VIEN V. HUYNH, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Erik S. Siebert
United States Attorney

By: *Ashley J. Young*
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
Ashley.Young@usdoj.gov

6 August 2025
_____
Date